

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00223-CV

Ramiro **ESPINOZA** and Jeanette Espinoza,
Appellants

v.

Jesse **FLORES**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2022CV05800
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed: July 19, 2023

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due to be filed by June 12, 2023. Neither the brief nor a motion for extension of time was filed. By order dated June 22, 2023, appellant was ordered to file her brief and to show cause in writing by July 3, 2023, why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a). Appellant did not respond to this court's order, and, to date, appellant has not filed a brief. Because appellant failed to timely file a brief in this appeal, this appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b).

PER CURIAM